UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. GEERTS DBA MD GEERTS,<br><br>Plaintiff,<br><br>v.<br><br>SECURITY NATIONAL INSURANCE COMPANY,<br><br>Defendant. | No. 2:24-cv-02514-TLN-AC<br><br><br>**FINAL JUDGMENT** |

  This matter is before the Court on Plaintiff Michael D. Geerts's Notice of Intent to Stand on Complaint. (ECF No. 16.) In its notice, Plaintiff "acknowledges the Court's granting of Defendant's Motion to Dismiss with leave to amend but elects to stand on the complaint as plead, and to persist with prosecution of this matter upon receipt from the Court of an appealable order." (*Id.* at 1 (citing *Edwards v. Marin Park, Inc.*, 356 F. 3d 1058 (9th Cir. 2004)).)

  At the outset, the Court notes it granted Defendant's Motion for Judgment on the Pleadings. (ECF No. 15.) Defendant has not filed — and the Court did not consider or rule on — a motion to dismiss, as Plaintiff indicates in his notice. Nonetheless, at Plaintiff's request for a final judgment and under Federal Rule of Civil Procedure 60(b)(6), the Court amends its Order granting Defendant's Motion for Judgment on the Pleadings to be with prejudice. All claims in

1

1  this action are dismissed.  The Clerk of Court shall enter a Final Judgment in favor of Defendant
2  and close this case.
3  Date: October 24, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE